UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| PHILIP B. ASHDOWN, | ) | 3:11-cv-00832-LRH-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | April 24, 2012 |
| | ) | |
| PRISON HEALTH SERVICES, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:     KATIE OGDEN     REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is defendants' Request for Status Conference or in the Alternative, Motion for Extension of Time to Oppose Pending Motions.  (Doc. #45.)

Good cause appearing, defendants' Request (Doc. #45) is **GRANTED.**  A Status Conference is set for **May 4, 2012, at 1:30 p.m.,** in Reno Courtroom 2 before Magistrate Judge William G. Cobb.  The Office of the Attorney General shall arrange for the plaintiff to be present by telephone and shall contact the courtroom administrator, Katie Ogden at (775) 686-5758, at least two days prior to the hearing to advise her of the number where Plaintiff may be reached at the time of the hearing. In the interim, defendants need not file a response to Docs. # 41-44.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:       /s/
           Deputy Clerk