## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| PHILLIP B. ASHDOWN, | ) | 3:11-cv-00832-LRH (WGC) |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | April 27, 2012 |
| PRISON HEALTH SERVICES, et al., | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE OGDEN     REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

On March 21, 2012, Plaintiff filed an Ex Parte Motion for Judicial Action on Petition for Temporary Restraining Order for Pain Medication. (Doc. # 39.) Plaintiff requests that the court take action on his Motion for Temporary Restraining Order (Doc. # 6). (*Id.*)

The court has concurrently issued a Report & Recommendation with respect to Plaintiff's Motion for Temporary Restraining Order (Doc. # 6) and Preliminary Injunction (Doc. # 7). As such, Plaintiff's motion (Doc. # 39) is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:  /s/  
Deputy Clerk