UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | |
|---|---|
| PHILLIP B. ASHDOWN, | CASE NO. 3:11-CV-00832-LRH-WGC |
| Plaintiff, | MINUTES OF THE COURT |
| vs. | DATED: May 4, 2012 |
| PRISON HEALTH SERVICES, et al., | |
| Defendant(s). | |

PRESENT: HONORABLE WILLIAM G. COBB , U.S. MAGISTRATE JUDGE
Deputy Clerk: KATIE LYNN OGDEN    Reporter: FTR - 1:32:11 P.M. - 1:59:23 P.M.
Counsel for Plaintiff(s): PHILLIP B. ASHDOWN, In Pro Per (Telephonically)
Counsel for Defendant(s): ELIZABETH HICKMAN, (Telephonically)

**PROCEEDINGS: STATUS CONFERENCE**

1:32 p.m. Court convenes.

The Court addresses the parties regarding the purpose of this hearing.

Having heard from the parties and good cause appearing, the Court finds as follows:

1. Extension of Legal Supplies

    Plaintiff's Motion for Extension of Legal Supplies (Dkt. No. 54) is **GRANTED.** Defendants are to provide Plaintiff with one (1) entire new set of legal supplies. The Court strongly advises Plaintiff to be mindful of his use of the supplies and that the supplies provided to him today are to be used strictly for this case.

2. Extension of Time to Oppose the Pending Report and Recommendation (Dkt. 56).

    Plaintiff shall have up to and including **May 29, 2012**, in which to file his Opposition to the Report and Recommendation (Dkt. 56). Thereafter, the Defendants shall reply in the normal course of time that is provided by the Federal Rules of Civil Procedure.

3. Extension of Copy Work

    Plaintiff shall have a $25.00 extension of copy work. The Court encourages Plaintiff to be circumspect in determining what copy work he may need to respond to the two pending motions before the Court.

    IT IS SO ORDERED.

1:59 p.m.  Court adjourns.

LANCE S. WILSON, CLERK

By:_____/s/_____
Deputy Clerk