UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| PHILIP B. ASHDOWN, | ) | 3:11-cv-00832-LRH-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | June 13, 2012 |
| | ) | |
| PRISON HEALTH SERVICES, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN     REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court are two motions filed by plaintiff:

**Motion to Extend Copywork Limit (Doc. #69)**
Plaintiff's motion (Doc. #69) requests "$50.00 additional for evidence and motions and copies." On May 4, 2012, this Court granted plaintiff a $25.00 extension of his copywork limit which afforded plaintiff an additional 250 pages of copywork. (Doc. #65.) The Court, therefore, declines to grant any additional copywork extensions to plaintiff at this time. Plaintiff's motion (Doc. #69) is **DENIED.**

**Motion for Status Conference (Doc. #74)**
Plaintiff's motion (Doc. #74) requests a hearing to address his copywork motion (Doc. #69) and the defendants' opposition (Doc. #72) to plaintiff's motion to strike (#67) this Court's Report and Recommendation to the Honorable Larry R. Hicks, District Judge (Doc. #56).

The Report and Recommendation has already been submitted to the District Judge. Further, plaintiff's copywork motion (Doc. #69) has been denied. Therefore, there is nothing to discuss at any status conference and plaintiff's motion (Doc. #74) is **DENIED.**

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:      /s/
Deputy Clerk