UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| PHILLIP B. ASHDOWN,                 )<br>                                                        )<br>            Plaintiff,                          )<br>                                                        )<br>v.                                                    )<br>                                                        )<br>PRISON HEALTH SERVICES, *et al.*,  )<br>                                                        )<br>            Defendants.                      )<br>_____ ) | 3:11-cv-00832-LRH-WGC<br><br>O R D E R |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge William G. Cobb (#56[1]) entered on April 27, 2012, recommending denying Plaintiff's Motion for Temporary Restraining Order (#6) and Plaintiff's Motion for Preliminary Injunction (#7), both filed on January 10, 2012. Plaintiff filed his Objections to Magistrate Judge's Report and Recommendation (#68) on May 31, 2012. Defendants did not file a response. This action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and LR IB 1-4 of the Local Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's

---

[1] Refers to court's docket number.

Report and Recommendation (#56) entered on April 27, 2012, should be adopted and accepted.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#56) entered on April 27, 2012, is adopted and accepted, and Plaintiff's Motions for Temporary Restraining Order (#6) and for Preliminary Injunction (#7) are DENIED.

IT IS FURTHER ORDERED that Plaintiff's Motion to File Supplemental Evidence (#66) is DENIED.

IT IS FURTHER ORDERED that Plaintiff's Motion to Strike [text from] Report and Recommendation and Medical Records (#67) is DENIED.

IT IS SO ORDERED.

DATED this 29th day of June, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE