UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| PHILLIP B. ASHDOWN, | ) | 3:11-cv-00832-LRH-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF PROCEEDINGS** |
| | ) | |
| vs. | ) | August 1, 2012 |
| | ) | |
| PRISON HEALTH SERVICES, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:  <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   <u>KATIE LYNN OGDEN</u>   REPORTER:   <u>       FTR       </u>

COUNSEL FOR PLAINTIFF(S):   <u>PHILLIP B. ASHDOWN, In Pro Per (Telephonically)</u>

COUNSEL FOR DEFENDANT(S):   <u>ELIZABETH HICKMAN              </u>

**PROCEEDINGS: MOTION(S) HEARING**

2:03 p.m. Court convenes.

    The Court first acknowledges that because the Court is proceeding with the instant hearing, Mr. Ashdown's Motion for Status Conference (Dkt. #76) is deemed GRANTED.

    Mr. Ashdown advises the Court that there are two further motions that he requests to be addressed today; Motion *for Transcripts of Telephonic Conference held 5/4/2012* (Dkt. #89) and Motion for Reconsideration (Dkt. #88). The Court acknowledges Mr. Ashdown's request for the additional motions to be heard but is inclined to address only the motions that are subject of the July 11, 2012, minute order (Dkt. #86). The Court advises the parties that this hearing will be limited to the three following motions: Plaintiff's Motion for Recusal of Magistrate Judge (Dkt. #77), Plaintiff's Motion - *Request for Legal Supplies* (Dkt. #78) and Plaintiff's Motion *for Copywork Extension* (Dkt. #79).

    The Court addresses plaintiff's Motion for Recusal of Magistrate Judge (Dkt. #77). Mr. Ashdown represents that despite the court granting him addition funds for copywork and legal supplies (Dkt. ## 63, 65), he claims he has been unable to secure the appropriate allotment of copywork extensions (due to the price difference charged by the Nevada Department of Corrections for medical records versus general copywork). He avers he cannot produced the evidence necessary to support his claims.

MINUTES OF PROCEEDINGS
3:11-cv-00832-LRH-WGC
Date: August 1, 2012
Page 2

      Mr. Ashdown further alleges that the Court stated in the May 4, 2012, hearing that the Court would not file its Report & Recommendation until the Court has received all of plaintiff's evidence. Furthermore, Mr. Ashdown claims that he has been prejudiced because the Court filed its Report and Recommendation prior to him filing additional documentation. The Court advises Mr. Ashdown he is incorrect in his statement of the history of the case, because the Report and Recommendation (Dkt. #56**)** was filed before the May hearing (Dkt. #65). The Court also informs Mr. Ashdown that the court also extended his deadlines to file objections to the Report and Recommendation (Dkt. #56) and that allowances were made to plaintiff for additional copywork to be able to pursue his objections (Dkt. #65).

      Ms. Hickman represents that there are no grounds for the recusal of this Court because plaintiff relies solely upon orders within this case to support his request. Plaintiff's sole grounds for seeking recusal are that he disagrees with the court's ruling on certain motions in this matter. Ms. Hickman indicates that, ordinarily, extrajudicial matters are used to show bias and prejudice and that judicial rulings almost never constitute grounds for recusal.

      The Court does not discern any grounds for the Court to recuse itself. Therefore, Plaintiff's Motion for Recusal of Magistrate Judge (Dkt. #77) is **DENIED.**

      As the Court proceeds to address plaintiff's further motions, Mr. Ashdown interjects and indicates he does not see the point of addressing these motions if he is not going to receive a "fair hearing." Plaintiff states he will instead file a motion with the Ninth Circuit to have Judge Cobb removed from the Bench. The Court therefore deemed plaintiff to have withdrawn his remaining two motions (Dkt. ## 78 & 79). Plaintiff's Motion - *Request for Legal Supplies* (Dkt. #78) and Motion *for Copywork Extension* (Dkt. #79) are **DENIED**.

**IT IS SO ORDERED.**

2:15 p.m. Court adjourns.

                                                            LANCE S. WILSON, CLERK

                                                              By:          /s/
                                                                  Katie Lynn Ogden, Deputy Clerk