UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| PHILLIP B. ASHDOWN, ) | |
| ) | |
| Plaintiff, ) | 3:11-cv-00832-LRH-WGC |
| ) | |
| v. ) | |
| ) | O R D E R |
| PRISON HEALTH SERVICES, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge William G. Cobb (#108[1]) entered on September 18, 2012, recommending granting Defendants' Partial Motion to Dismiss (#48) filed on April 16, 2012, and granting Defendants' Motion to Strike (#82) filed on July 2, 2012. Plaintiff filed his Objection to Magistrate Judge's Report and Recommendation (#128) on November 28, 2012. Defendants have not filed a response. This action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and LR IB 1-4 of the Local Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's

---

[1] Refers to court's docket number.

Report and Recommendation (#108) entered on September 18, 2012, should be adopted and accepted.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#108) entered on September 18, 2012, is adopted and accepted, and Defendant's Motion to Strike (#82) is GRANTED. The Clerk of the Court shall STRIKE Plaintiff's Opposition (#80).

IT IS FURTHER ORDERED that Defendants' Partial Motion to Dismiss (#48) is GRANTED as follows:

(1) Defendants' Eighth Amendment claims that NDOC medical providers and officials were deliberately indifferent to his need for prescription medication refills, dentures, bowels, and injuries following a fall on October 16, 2010 is **DISMISSED without prejudice**;

(2) Plaintiff's retaliation claim is **DISMISSED without prejudice**;

(3) The Nevada Department of Corrections is **DISMISSED with prejudice**; and

(4) Plaintiff's state law claim for medical malpractice is **DISMISSED without leave to amend**.

IT IS FURTHER ORDERED that Plaintiff's Motion to Extend Time (Second Request) is GRANTED *nunc pro tunc*.

IT IS SO ORDERED.

DATED this 20th day of February, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2