UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| PHILLIP B. ASHDOWN,<br><br>               Plaintiff,<br><br>vs.<br><br>PRISON HEALTH SERVICES, et al.,<br><br>               Defendants. | ) <br> )   3:11-cv-00832-LRH-VPC <br> ) <br> )   <u>ORDER</u> <br> ) <br> ) <br> ) <br> ) <br> ) |

Before the court is Plaintiff's Opposition to Judges Unlawful Order Dated 9/5/13 Denying Status Conference, Appointment of Counsel and Fair Discovery Obtainment - Request for Reconsideration and Injunctive Relief (#171[1]), which the court will treat as a motion to reconsider the Magistrate's Minutes of the Court #169.   Also before the court is Defendants' Response to Objection to Magistrate Judge's Order Denying Status Conference, Appointment of Counsel and Motion for Prosecution Assistance (#174), and Plaintiff's Rebuttal/Reply to Defendants Opposition (doc. 174) to My Objection of Judges Order Dated 9/5/13 (#178 - reply, #181 - duplicate reply)..

The Court has conducted its review in this case, has fully considered Plaintiff's motion, Defendants' response, Plaintiff's reply, and other relevant matters of record  pursuant to 28 U.S.C. § 636 (b) (1), and concludes that the Magistrate Judge's ruling was neither clearly erroneous nor contrary to law.

///

///

///

---

[1] Refers to this court's docket number.

1 | The Magistrate Judge's Order (#169) will, therefore, be SUSTAINED and Plaintiff's
2 | motion (#171) is DENIED

4 | IT IS SO ORDERED.
5 | DATED this 7th day of February, 2014.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE