# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PHILIP B. ASHDOWN, | 3:11-cv-00832-LRH-WGC |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | May 5, 2014 |
| PRISON HEALTH SERVICES, *et al.*, | |
| Defendants. | |

PRESENT:  <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u>KATIE LYNN OGDEN</u>    REPORTER:  <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

On April 14, 2014, Defendants filed a Motion to Dismiss Plaintiff's action for his failure to provide the court a current address. (Doc. # 215.) Subsequently, on April 24, 2014, Plaintiff filed his Notice of Change of Address. (Doc. # 218.) Although Plaintiff was tardy in providing the court and parties his updated mailing address his untimeliness would not be appropriate grounds to dismiss this action. However, Plaintiff is cautioned to ensure the court and parties are timely advised as to any change of address which may occur.

Defendants' Motion to Dismiss (Doc. # 215) is therefore **DENIED**.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:   /s/
      Deputy Clerk