UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PHILLIP B. ASHDOWN, | 3:11-CV-00832-LRH-WGC |
| Plaintiff, | |
| v. | MINUTE ORDER |
| PRISON HEALTH SERVICES; *et al.*, | |
| Defendants. | July 25, 2014 |

PRESENT:  THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK:   NONE APPEARING        REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):        NONE APPEARING

COUNSEL FOR DEFENDANT(S):        NONE APPEARING

**MINUTE ORDER IN CHAMBERS**:

  Before the court is Defendants' Motion to Strike Plaintiff's Proposed Joint Pre-Trial Order (#228)[1]. No response has been filed by Plaintiff; however, on July 24, 2014, Defendants filed their Motion for Enlargement to File Joint Pre-Trial Order (Third Request) (#230) in which they explain the various misunderstandings which lead to Plaintiff filing his own Proposed Pretrial Order (#227) in this matter. Good causing appearing;

  IT IS ORDERED that Defendants' Motion to Strike Plaintiff's Proposed Joint Pre-Trial Order (#228) is GRANTED and the Clerk of the Court shall STRIKE Doc. No. 227.

  IT IS FURTHER ORDERED, that a joint pretrial order which confers with Local Rule 16-3 shall be filed by the parties on or before September 5, 2014, as granted by Magistrate Judge William Cobb.

  IT IS SO ORDERED.

                  LANCE S. WILSON, CLERK

                  By:        /s/
                       Deputy Clerk

---

[1] Refers to court's docket number.