UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| PHILLIP B. ASHDOWN, | CASE NO. 3:11-CV-00832-LRH-VPC |
| Plaintiff, | ORDER |
| vs. | |
| PRISON HEALTH SERVICES, INC., et al., | |
| Defendant(s). | |

This case is currently scheduled for trial on the stacked calendar of Tuesday, October 20, 2015.

IT IS ORDERED that this case is referred to The Honorable Valerie P. Cooke for the purpose of conducting a settlement conference.

DATED this 6 day of ~~April,~~ May 2015.

_____
LARRY R. HICKS
U.S. DISTRICT JUDGE



FILED _____ RECEIVED
ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

MAY 7 2015

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY