UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| PHILLIP B. ASHDOWN, | ) | CASE NO. 3:11-CV-00832-LRH-WGC |
| | ) | |
| Plaintiff, | ) | AMENDED ORDER |
| | ) | |
| vs. | ) | |
| | ) | |
| PRISON HEALTH SERVICES, INC., et al., | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

    This case is currently scheduled for trial on the stacked calendar of Tuesday, October 20, 2015.

    IT IS ORDERED that this case is referred to The Honorable William G. Cobb for the purpose of conducting a settlement conference.

    DATED this 21st day of May, 2015.

_____
LARRY R. HICKS
U.S. DISTRICT JUDGE