UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PHILLIP B. ASHDOWN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>PRISON HEALTH SERVICES, et al.,<br><br>　　　　　Defendants. | Case No. 3:11-cv-00832-LRH-WGC<br><br>**ORDER REGARDING**<br>**PARTIES' STIPULATION OF DISMISSAL**<br>**OF PLAINTIFF'S CIVIL ACTION WITH**<br>**PREJUDICE** |

Plaintiff Phillip B. Ashdown, *pro se*, and Defendants, by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and John L. Ward IV, Deputy Attorney General (collectively "Parties"), hereby stipulate to the dismissal of Plaintiff's above-captioned civil action, *with* prejudice, each party to bear his or her own costs.

**SO STIPULATED:**

Dated: July 22, 2015

By: /s/ P. Ashd
Phillip B. Ashdown
Plaintiff, *pro se*

Dated: July 22, 2015

ADAM PAUL LAXALT
Attorney General

By: /s/ John L. Ward IV
JOHN L. WARD IV
Deputy Attorney General
Attorneys for Defendants

1

**ORDER**

In contemplation of the *Parties' Stipulation of Dismissal of Plaintiff's Civil Action with Prejudice*, this Court approves the same and so orders dismissal of Plaintiff's civil action with prejudice.

DATED this 23rd day of July, 2015.

_____
LARRY R. HICKS
UNITED STATES DISTRICT COURT JUDGE